# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2741

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –159)

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 1,812 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 17, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

Deputy Clerk
Date: October 18, 2019

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2741

### SCHEDULE CTO–159 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

**ARKANSAS EASTERN**

| | | | |
|---|---|---|---|
| ARE | 5 | 19–00321 | Davenport v. Monsanto Company |

**CALIFORNIA CENTRAL**

| | | | |
|---|---|---|---|
| CAC | 5 | 19–01811 | Dylan Sampsel v. Monsanto Company |

**FLORIDA MIDDLE**

| | | | |
|---|---|---|---|
| FLM | 2 | 19–00629 | Cooksey v. Monsanto Company |
| FLM | 3 | 19–00991 | Carter v. Monsanto Company |
| FLM | 3 | 19–01002 | Messina v. Monsanto Company |
| FLM | 3 | 19–01009 | Anstett v. Monsanto Company |
| FLM | 3 | 19–01024 | Corbett v. Monsanto Company |
| FLM | 3 | 19–01056 | Drover v. Monsanto Company |
| FLM | 5 | 19–00410 | Oldfield v. Monsanto Company |
| FLM | 8 | 19–02126 | Dougherty v. Monsanto Company |
| FLM | 8 | 19–02132 | Perry v. Monsanto Company |
| FLM | 8 | 19–02134 | Dwyer v. Monsanto Company |
| FLM | 8 | 19–02231 | Wolfe v. Monsanto Company |

**FLORIDA NORTHERN**

| | | | |
|---|---|---|---|
| FLN | 3 | 19–03321 | STOCKLAND v. MONSANTO COMPANY |
| FLN | 3 | 19–03339 | FERGUSON v. MONSANTO COMPANY |
| FLN | 3 | 19–03359 | CROUCH v. MONSANTO COMPANY |
| FLN | 5 | 19–00307 | PHILLIPS v. MONSANTO COMPANY |

**FLORIDA SOUTHERN**

| | | | |
|---|---|---|---|
| FLS | 0 | 19–62126 | Batson v. Monsanto Company |
| FLS | 0 | 19–62148 | Ploplis v. Monsanto Company |
| FLS | 2 | 19–14307 | Musfeldt v. Monsanto Company |
| FLS | 2 | 19–14330 | Bartley v. Monsanto Company |

GEORGIA MIDDLE

  GAM    3    19–00079    FORWARD v. MONSANTO COMPANY

GEORGIA NORTHERN

  GAN    1    19–03943    Clock v. Monsanto Company
  GAN    1    19–03944    Edelstein v. Monsanto Company
  GAN    1    19–03957    Scroggs v. Monsanto Company
  GAN    1    19–03958    Selby v. Monsanto Company
  GAN    2    19–00196    Payne v. Monsanto Company

GEORGIA SOUTHERN

  GAS    2    19–00103    Woodcock v. Monsanto Company

KENTUCKY WESTERN

  KYW    3    19–00646    Colvin v. Monsanto Company

MARYLAND

  MD    1    19–02440    Sigwart et al v. Monsanto Company

NEW YORK SOUTHERN

  NYS    1    19–08422    Rung et al v. Monsanto Company

OHIO NORTHERN

  OHN    5    19–02128    Miller v. Monsanto Company